```
         UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

    IN RE:                                           CASE NO. 07 B 02665
       SEAN THOMAS MCGREEVY
       TONI MARIE MCGREEVY                           CHAPTER 13

                                                     JUDGE: JOHN H SQUIRES
              Debtor
       SSN XXX-XX-8027    SSN XXX-XX-6645
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/15/07 and confirmed on 05/24/07.

   2.  The case was dismissed after confirmation, 08/01/2008.

   3.  The Debtor paid a total of $ 16061.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| LITTON LOAN SERVICING IN | CURRENT MORTG | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | SECURED | .00 | .00 | .00 |
| LITTON LOAN SERVICING IN | MORTGAGE ARRE | 5241.37 | .00 | .00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 22274.30 | 2614.18 | 10387.26 |
| CAPITAL ONE BANK | UNSECURED | 1558.79 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 959.16 | .00 | .00 |
| DIVERSIFIED SRVS | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MCS | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 2438.52 | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 376.93 | .00 | .00 |
| PRO REC SYS | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| RUSH COPLEY MEDICAL CENT | UNSECURED | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL CARD S | UNSECURED | NOT FILED | .00 | .00 |
| GALWAY FINANCIAL SERVICE | UNSECURED | 785.13 | .00 | .00 |
| COMED | UNSECURED | 375.15 | .00 | .00 |
| WASTE MANAGEMENT | FILED LATE | .00 | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

       Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 27515.67 | .00 | 6493.68 | .00 | 34009.35 |
| PRINCIPAL PAID | 10387.26 | .00 | .00 | .00 | 10387.26 |
| INTEREST PAID | 2614.18 | .00 | .00 | .00 | 2614.18 |
| TOTAL PAID | 13001.44 | .00 | .00 | .00 | 13001.44 |

The Debtor's attorney, RICHARD E SEXNER              , was allowed $   2500.00 and was paid $     616.00   direct and $    1884.00   through the plan.

The Trustee received $     700.56 .

Refunds to the Debtor totaled $    475.00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/12/08                    /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE